UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ALFONSO CEJA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OLD DOMINION FREIGHT LINE, a California Corporation, and Does 1 through 100, inclusive,<br><br>　　　　Defendant. | No.  2:19-CV-1260 WBS AC<br><br><br>ORDER RE: MOTION TO DISMISS |

----oo0oo----

Plaintiff Alfonso Ceja was formerly employed by Old Dominion Freight Line as a truck driver.  He brings this action asserting the following state law claims: (1) failure to furnish wage statements as required by law; (2) failure to produce plaintiff's employee file; (3) failure to produce wage records; (4) wrongful termination in violation of public policy; (5) failure to pay plaintiff accrued wages and other compensation within 72 hours of plaintiff's resignation; and (6) unfair competition.  (See Complaint (Docket No. 1-1).)  Presently before

1

the court is defendant's Motion to Dismiss plaintiff's fourth cause of action, wrongful termination in violation of public policy. (Docket No. 4.)

Plaintiff has filed a statement of non-opposition (Docket No. 5) to defendant's motion. See E.D. Cal. L.R. 230(c). Having read defendant's brief and in light of the absence of any opposition to the pending motion, the court will grant the motion and, pursuant to Local Rule 230(g), vacate the hearing set for August 12, 2019. Accordingly, the complaint's fourth cause of action for wrongful termination in violation of public policy is DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: August 6, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE